Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

E-filing

# UNITED STATES DISTRICT COURT

for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MEAS<br><br><br>Plaintiff<br>v.<br>CITY & COUNTY OF SAN FRANCISCO, a<br>municipal corporation, (See Attachment)<br><br>Defendant | Civil Action No.<br><br>C08-04075 |

ADR

BZ

### Summons in a Civil Action

To:  CITY & COUNTY OF SAN FRANCISCO

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John L. Burris, Esq. (SBN 69888)
Benjamin Nisenbaum, Esq. (SBN 222173)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621
(510) 839-5200 office
(510) 839-3882 fax

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  AUG 2 6 2008

CYNTHIA LENAHAN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

JONATHAN MEAS, v. CITY & COUNTY OF SAN FRANCISCO

ATTACHMENT TO SUMMONS

CITY & COUNTY OF SAN FRANCISCO
San Francisco City Attorney's Office
Fox Plaza
1390 Market Street
7th FL
San Francisco, CA  94621

HEATHER FONG, Chief of Police for the
CITY & COUNTY OF SAN FRANCISCO
850 Bryant Street
San Francisco, CA  94103

JESSE SERNA, Police Officer
For the CITY & COUNTY OF SAN FRANCISCO
850 Bryant Street
San Francisco, CA  94103

GARY MORIYAMA, Police Officer
For the CITY & COUNTY OF SAN FRANCISCO
850 Bryant Street
San Francisco, CA  94103

ERIC VALENTINI, Police Officer
For the CITY & COUNTY OF SAN FRANCISCO
850 Bryant Street
San Francisco, CA  94103

SCOTT KORTE, Police Officer
For the CITY & COUNTY OF SAN FRANCISCO
850 Bryant Street
San Francisco, CA  94103