1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4283
   Facsimile:    (415) 554-3837

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO AND
8  CHIEF HEATHER FONG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MEAS,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ERIC VALENTINI, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, SCOTT KORTE individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>           Defendants. | Case No. C08-04075 BZ<br><br>**STIPULATION REGARDING ADR** |

STIPULATION RE ADR;
Meas v. CCSF, et al. – USDC No. C08-04075 BZ

n:\lit\li2008\090271\00525683.doc

The parties hereby stipulate to court-ordered mediation, with a mediator to be appointed by the Court and without cost to the parties.

Dated:  December 9, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

          -/s/-    Scott D. Wiener
By:_____
SCOTT D. WIENER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
CHIEF HEATHER FONG

Dated:  December 9, 2008

LAW OFFICES OF JOHN BURRIS

          -/s/-    John Burris
By:_____
JOHN BURRIS
Attorneys for Plaintiff JONATHAN MEAS
*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

12/10/08

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE ADR;
Meas v. CCSF, et al. – USDC No. C08-04075 BZ

1

n:\lit\li2008\090271\00525683.doc