1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4283
   Facsimile:    (415) 554-3837
6

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 JONATHAN MEAS,                            Case No. C08-04075 PJH

12        Plaintiff,                         **STIPULATION AND** ~~PROPOSED~~
                                             **ORDER TO EXTEND DEADLINE TO**
13        vs.                                **COMPLETE MEDIATION**

14 CITY AND COUNTY OF SAN
   FRANCISCO, a municipal corporation;
15 HEATHER FONG, in her capacity as
   Chief of Police for the CITY AND
16 COUNTY OF SAN FRANCISCO; JESSE
   SERNA, individually and in his capacity
17 as a police officer for the CITY AND
   COUNTY OF SAN FRANCISCO; GARY
18 MORIYAMA, individually, and in his
   capacity as a police officer for the CITY
19 AND COUNTY OF SAN FRANCISCO;
   ERIC VALENTINI, individually, and in
20 his capacity as a police officer for the
   CITY AND COUNTY OF SAN
21 FRANCISCO, SCOTT KORTE
   individually, and in his capacity as a
22 police officer for the CITY AND
   COUNTY OF SAN FRANCISCO; and,
23 San Francisco police officers DOES 1-25,
   inclusive,
24
           Defendants.
25

26

27

28

STIPULATION RE MEDIATION DEADLINE;                    n:\lit\li2008\090271\00543563.doc
Meas v. CCSF, et al. – USDC No. C08-04075 PJH

1  WHEREAS the deadline to complete mediation in this case is currently set for April 16, 2009;

2  WHEREAS the parties believe that the case will not be ready for mediation by April 16 and
3  believe that an extension of the deadline to June 12, 2009, is appropriate and will increase the
4  effectiveness of the mediation by permitting the parties sufficient time to take necessary discovery;

5  AND WHEREAS the parties and the mediator have spoken and tentatively scheduled the
6  mediation for June 5, 2009, subject to approval of this stipulation by the Court;

7  THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, that
8  the deadline to mediate this case be extended to June 12, 2009.

9

10  Dated:  March 12, 2009

11                                         DENNIS J. HERRERA
                                           City Attorney
12                                         JOANNE HOEPER
                                           Chief Trial Deputy
13                                         SCOTT D. WIENER
14                                         Deputy City Attorney

15
                                              -/s/-    Scott D. Wiener
16                                     By:_____
                                           SCOTT D. WIENER
17                                         Attorneys for Defendants

18

19

20  Dated:  March 12, 2009

21                                         LAW OFFICES OF JOHN BURRIS

22                                            -/s/-    Ben Nisenbaum
23                                     By:_____
                                           BEN NISENBAUM
24                                         Attorneys for Plaintiff JONATHAN MEAS
                                           *Pursuant to GO 45, the electronic signatory has
25                                         obtained approval from this signatory.

26

27

28

ORDER

Based on the foregoing stipulation and good cause appearing, the Court hereby ORDERS that the deadline to complete the mediation of this matter be extended to June 12, 2009.

Dated: March 12, 2009

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



STIPULATION RE MEDIATION DEADLINE;
Meas v. CCSF, et al. – USDC No. C08-04075 PJH

2

n:\lit\li2008\090271\00543563.doc