1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4283
   Facsimile:    (415) 554-3837
6
7  Attorneys for Defendants

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  JONATHAN MEAS, | Case No. C08-04075 PJH |
| 11         Plaintiff, | (WDB) |
| | [~~PROPOSED~~] **ORDER GRANTING** |
| 12         vs. | **REQUEST TO EXCUSE CERTAIN PARTIES FROM MEDIATION** |
| 13  CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; | |
| 14  HEATHER FONG, in her capacity as Chief of Police for the CITY AND | |
| 15  COUNTY OF SAN FRANCISCO; JESSE SERNA, individually and in his capacity | |
| 16  as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY | |
| 17  MORIYAMA, individually, and in his capacity as a police officer for the CITY | |
| 18  AND COUNTY OF SAN FRANCISCO; ERIC VALENTINI, individually, and in | |
| 19  his capacity as a police officer for the CITY AND COUNTY OF SAN | |
| 20  FRANCISCO, SCOTT KORTE individually, and in his capacity as a | |
| 21  police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, | |
| 22  San Francisco police officers DOES 1-25, inclusive, | |
| 23 | |
| 24         Defendants. | |

25
26
27
28

ORDER RE MEDIATION                                                n:\lit\li2008\090271\00544604.doc
Meas v. CCSF, et al. – USDC No. C08-04075 PJH

1  Pursuant to Defendants' letter request and good causing appearing, the Court hereby orders
2  that Chief Heather Fong is excused from attending the mediation of this matter. The Court further
3  orders that only the officer with the highest level of involvement in the incident shall be required to
4  attend the mediation, along with a representative of the San Francisco Police Department.
5  SO ORDERED.

Dated: 3/19/09

HON. WAYNE BRAZIL
UNITED STATES MAGISTRATE JUDGE

ORDER RE MEDIATION                                      1                              n:\lit\li2008\090271\00544604.doc
Meas v. CCSF, et al. – USDC No. C08-04075 PJH