UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MEAS,

    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).

No. C 08-4075 PJH

**ORDER RE BIFURCATION**

    Before the court is the stipulation and proposed order of the parties staying discovery and trial of the *Monell* claims until after discovery and trial of the claims against the individual officers. The court declines to approve the stipulation which will entitle the plaintiffs to two trials presumably before two different juries. The parties shall go forward with discovery and dispositive motions, if any, on the entire case. After dispositive motions are heard, however, the parties may request a case management conference to discuss how the evidence might be phased at trial to permit a decision on individual liability before a decision is made by the same jury on any remaining *Monell* claim.

**IT IS SO ORDERED.**

Dated: June 15, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge