JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200          Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MEAS,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO;  ERIC VALENTINI, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, SCOTT KORTE, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>           Defendants.<br>_____/ | Case No.  C 08-04075 PJH<br><br>**STIPULATION FOR FILING FIRST-AMENDED COMPLAINT AND (PROPOSED) ORDER**<br><br>[FRCP 15(a)(2)] |

The parties to the above-entitled action, by and through their counsel of record, hereby stipulate that Plaintiff shall be permitted to file a First Amended Complaint in this matter to

specifically allege in Plaintiff's First Cause of Action (violation of section 1983) a claim for federal malicious prosecution, i.e., allegedly subjecting Plaintiff to prosecution on criminal charges with malice and without probable cause to believe that Plaintiff had committed any of the crimes for which he was arrested and subsequently prosecuted, and allegedly did so for the purpose of depriving Plaintiff of his Constitutionally protected rights under the Fourth and/or Fourteenth Amendments to the United States Constitution.  Defendants deny the allegations relating to this claim.

Additionally, the First Amended Complaint shall specifically add Defendants MORIYAMA, VALENTINI, and KORTE's and names to the allegations in paragraph 31 of Plaintiff's Complaint.

The parties further stipulate that Defendants Answer to Plaintiff's Complaint shall remain operable as to Plaintiff's First Amended Complaint; any and all new or amended allegations set forth in Plaintiff's First Amended Complaint are denied by all Defendants;  Defendants shall be relieved from filing an Answer to Plaintiff's First Amended Complaint.

IT IS SO STIPULATED.

Dated:  July 16, 2009                              **The Law Offices of John L. Burris**


                                                                 /s/ Benjamin Nisenbaum
                                                                 Benjamin Nisenbaum
                                                                 Attorney for Plaintiff


Dated: July  17, 2009

                                                                 DENNIS J. HERRERA
                                                                 City Attorney
                                                                 JOANNE HOEPER
                                                                 Chief Trial Deputy
                                                                 SCOTT D. WIENER
                                                                 Deputy City Attorney


                                                                 /s/ Scott Weiner
                                                                 Scott D. Wiener
                                                                 Attorney for Defendants

**(PROPOSED) ORDER**

PURSUANT TO THE PARTIES' STIPULATION, Plaintiffs shall file a First-Amended Complaint in this matter within 14 days from entry of this Order, as set forth in the parties Stipulation.  Defendants' Answer to the initial Complaint shall remain effective, and all new allegations set forth in Plaintiff's First Amended Complaint shall be denied by Defendants.  In light of this Stipulation and Order, Defendants are relieved from filing an Answer to the First Amended Complaint.

IT IS SO ORDERED.

DATED: 7/22/09



_____
                                                 DISTRICT JUDGE