UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MEAS,

    Plaintiff,                                  No. C 08-4075 PJH

    v.                                              **ORDER**

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

    The court is in receipt of a stipulation and proposed order to file documents under seal, filed by defendants in the above-entitled action. The request is DENIED. Under Civil Local Rule 79-5, "[a] sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a). The procedure for requesting a sealing order is set forth in Local Rule 79-5(b)-(c). "A stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under seal." Civ. L.R. 79-5(a).

**IT IS SO ORDERED.**

Dated: July 24, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge