UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MEAS,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 08-4075 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Plaintiff's Motion to Compel Production of Documents and Defendants' Motion to Compel Independent Mental Examination of Plaintiff, and for all further discovery.

The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: July 24, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge