UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN MEAS, | ) | |
| Plaintiff(s), | ) | No. C08-4075 PJH (BZ) |
| v. | ) | **INITIAL DISCOVERY ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, | ) | |
| Defendant(s). | ) | |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1 | The party seeking discovery shall request a conference in a
2 | letter **filed electronically** not exceeding two pages (with no
3 | attachments) which briefly explains the nature of the action
4 | and the issues in dispute.  Other parties shall reply in
5 | similar fashion within **two days** of receiving the letter
6 | requesting the conference.  The Court will contact the parties
7 | to schedule the conference.
8 |     After the conference with the Court, if filing papers is
9 | deemed necessary, they should be filed **electronically** with the
10 | Clerk's Office, with **one hard copy delivered directly to**
11 | **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A
12 | chambers copy of all briefs shall be submitted on a diskette
13 | formatted in WordPerfect or e-mailed to the following address:
14 | **bzpo@cand.uscourts.gov**
15 | Dated: July 28, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MEAS V. CITY&CTY.S.F\INITIAL DISCOVERY ORDER.wpd