UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MEAS,<br><br>             Plaintiff(s),<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>             Defendant(s). | No. C08-4075 PJH (BZ)<br><br>**SECOND DISCOVERY ORDER** |

Following a telephone conference on August 3, 2009, at which both parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. By no later than **August 14, 2009**, the parties shall meet and confer in an effort to resolve both discovery disputes in accordance with the views expressed by the Court.

2. To the extent the parties are unsuccessful, oppositions to the respective motions shall be filed by **August 26, 2009** and replies shall be filed by **September 2, 2009**.

///

///

///

1

1  After reviewing the motions, the Court will decide
2  whether a hearing on the motions is necessary.
3  Dated: August 4, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MEAS V. CITY&CTY.S.F\DISC.ORD2.wpd