JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200          Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MEAS,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO;  ERIC VALENTINI, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, SCOTT KORTE, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>         Defendants.<br>_____/ | Case No.  C 08-04075 PJH<br><br>ORDER DENYING REQUEST<br>S̶T̶I̶P̶U̶L̶A̶T̶I̶O̶N̶ TO MODIFY CASE MANAGEMENT ORDER A̶N̶D̶ (̶P̶R̶O̶P̶O̶S̶E̶D̶)̶ O̶R̶D̶E̶R̶ |

## **STIPULATION**

The parties hereby stipulate to extend the date of expert witness designation exchanges from November 18, 2009 to December 18, 2009.  The requested extension is necessary due to the ruling on the discovery dispute between the parties (Plaintiff's motion to compel filed July 21, 2009, document number 41; responsive documents ordered disclosed by Defendants on October 15, 2009, document number 59), and the need to complete depositions with the discovery produced by Defendants on October 15, 2009 pursuant to the Court's Order on that discovery dispute, with the disclosed information necessary to the parties' FRCP 26 expert witness reports and the taking of Defendant Officers' depositions.  In light of the requested continuance the parties also request that the Court extend the close of expert witness discovery by one month from January 15, 2010 to February 15, 2010.  The proposed modification will impact only the dispositive motion deadlines, with dispositive motions set to be heard by January 20, 2010.  The parties jointly request and stipulate that the dispositive motion hearing deadline likewise be extended by one month, to be heard by February 24, 2010.

**IT IS SO STIPULATED.**

Dated:  November 3, 2009                                        **The Law Offices of John L. Burris**

                                                                                /s/
                                                                                Benjamin Nisenbaum
                                                                                Attorney for Plaintiff
                                                                                Jonathan Meas

Dated: November 3, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

/s/
Scott D. Wiener
Attorney for Defendants

### (PROPOSED) ORDER

PURSUANT TO THE PARTIES' STIPULATION, the Case Management Order is hereby modified as follows:

FRCP 26 Expert Witness Designation and Expert Reports shall be exchanged no later than December 18, 2009.

Expert discovery shall be completed no later than February 15, 2010.

Dispositive motions shall be heard no later than February 20. 2010.

No other dates shall be affected by this modification to the Case Management Order in the above-entitled action.

IT IS SO ORDERED.

DATED: 11/9/09

DENIED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

DISPOSITIVE MOTIONS ARE HEARD 120 DAYS BEFORE TRIAL, PARTIES MAY SUBMIT A STIPULATION THAT COMPORTS WITH THIS PRACTICE.

STIPULATION TO MODIFY CASE MANAGEMENT ORDER AND (PROPOSED) ORDER
Case No. C 08-04075 PJH

3