UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MEAS,

    Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).
_____/

No. C 08-4075 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge (except Judge Zimmerman who is assigned discovery) to conduct a settlement conference before the April 22, 2010 date for final pretrial conference.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

**IT IS SO ORDERED.**

Dated: January 28, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J