**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8   JONATHAN MEAS,                              No. C-08-4075 PJH (EMC)

9            Plaintiff,

10      v.

11   CITY & COUNTY OF SAN FRANCISCO, *et*      **ORDER EXCUSING ATTENDANCE AT**
     *al.*,                                    **SETTLEMENT CONFERENCE**
12

13            Defendants.
     _____/

14

15        By letter dated February 10, 2010, the individual Defendant San Francisco Police Officers,

16   JESSE SERNA, GARY MORIYAMA, ERIC VALENTINI, and SCOTT KORTE, through their

17   counsel Joshua S. White, Deputy City Attorney, City and County of San Francisco, requested to be

18   excused from personally appearing at the settlement conference scheduled for April 2, 2010.  No

19   opposition was filed by any party.

20        Upon consideration of the request, the Court finds good cause for excusing personal

21   attendance.  Therefore, it is hereby ordered that Defendants JESSE SERNA, GARY MORIYAMA,

22   ERIC VALENTINI, and SCOTT KORTE be available by telephone from 9:30 a.m. Pacific Time

23   until further notice on April 2, 2010.

24   ///

25   ///

26   ///

27   ///

28   ///

**United States District Court**

For the Northern District of California

1   If the Court concludes that the absence of Defendants JESSE SERNA, GARY MORIYAMA,

2   ERIC VALENTINI, and SCOTT KORTE is impeding the settlement conference, the Court may

3   continue the settlement conference and may order personal attendance by each party including

4   JESSE SERNA, GARY MORIYAMA, ERIC VALENTINI, and SCOTT KORTE.

5

6   IT IS SO ORDERED.

7

8   Dated:  March 2, 2010

9   _____
    EDWARD M. CHEN
    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2