UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MEAS,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

No. C 08-4075 PJH

**ORDER**

The court is in receipt of a chambers copy of a declaration by Joshua S. White, counsel for defendants in the above-entitled action, filed in support of defendants' motion for a gag order against plaintiff's counsel.

The declaration is not in usable format. A document that is in usable format is one that is usable by the court for its intended purpose. The White Declaration consists of 142 loose pages, fastened with a binder clip. Included within the declaration are what appear to be approximately 36 exhibits. The exhibits do not have tabs. A declaration consisting of 142 loose pages, with untabbed exhibits, is not in usable format.

The court will not consider the contents of the declaration unless a chambers copy is resubmitted to the court in usable format no later than May 4, 2010.

**IT IS SO ORDERED.**

Dated: May 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge