UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MEAS,

    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).
_____/

No. C 08-4075 PJH

**ORDER RE ADMINISTRATIVE MOTION**

    Before the court is the defendants' administrative motion to continue the trial date due to certain scheduling conflicts. The court finds good cause for continuing the trial date. However, the requested date of August 30, 2010 is not available as there are already two civil trials and one criminal trial scheduled to commence on that date and the court does not generally schedule more than three trials at one time. However, the parties may elect to trail these previously scheduled trials or may opt for the next available date for which a firm trial date can be offered, April 11, 2011, or may of course proceed with June 3, 2010. If the parties opt to trail, the court will advise the parties as soon as any of the other matters settle. A stipulation shall be submitted by May 18, 2010.

    **IT IS SO ORDERED.**

Dated: May 13, 2010

                                               PHYLLIS J. HAMILTON
                                               United States District Judge