UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MEAS,

    Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).

_____/

No. C 08-4075 PJH

**ORDER**

Before the court is defendants' motion for a gag order pending the trial of this matter. In view of the continuance of the trial date, it is not clear to the court whether plaintiff simply does not oppose the motion or whether he is waiting to respond at a time closer to the August trial date. When defendants requested leave to file said motion at the pretrial conference, it was the court's intention that the motion be filed as one for administrative relief which would be resolved expeditiously and without a hearing. Accordingly, if plaintiff wishes to oppose the motion, he must do so no later than June 11, 2010. No reply shall be filed and no hearing will be held.

**IT IS SO ORDERED.**

Dated: June 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge