UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MEAS,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 08-4075 PJH

**ORDER DENYING DEFENDANTS' MOTION FOR GAG ORDER**

Defendants' motion for a gag order against plaintiff's counsel is DENIED, based on the representation by plaintiff's counsel Benjamin Nisenbaum at the pretrial conference that he "did not . . . intend . . . to talk to the press about this case during the pendency of the trial" and "would not communicate with the media[;]" and that he "understood this promise – and represented as much to the Court – to include in its scope comments regarding any other existing case or complaint relating to Defendant Officer Serna and concerning Defendant Officer Serna generally." Plaintiff's Opposition to Defendants' Motion at 2, 4. The court is satisfied that these representations obviate the need to consider imposing any sort of gag order (even assuming that such an order would be constitutionally permissible under the circumstances presented).

**IT IS SO ORDERED.**

Dated: July 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge