JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200      Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
           bnisenbaum@gmail.com

Attorneys for Plaintiff
JONATHAN MEAS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MEAS,<br><br>             Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ERIC VALENTINI, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, SCOTT KORTE, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>             Defendants.<br>_____/ | Case No. C 08-04075 PJH<br><br>**ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY AND (PROPOSED) ORDER** |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, Plaintiff Jonathan Meas seeks and Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial.

Plaintiff requests admission into the Federal Courthouse of the following:

1. Projector

Dated:  September 13, 2010                               **THE LAW OFFICES OF JOHN L. BURRIS**

   /s/ Benjamin Nisenbaum_____
John L. Burris, Esq.
Benjamin Nisenbaum, Esq.
Attorneys for Plaintiff

### (**PROPOSED**) ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Projector

IT IS SO ORDERED.

DATED:__9/14/10_____                 _____
                                        HON. PHYLLIS J. HAMILTON
                                        UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Phyllis J. Hamilton — United States District Court, Northern District of California (seal)*