**United States District Court**
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JONATHAN MEAS,

8              Plaintiff(s),                    No. C 08-4075 PJH

9         v.                                    **ORDER**

10   JESSE SERNA, ERIC VALENTINI,
     AND SCOTT KORTE,
11

12             Defendant(s).
     _____/

13

14         Upon further consideration of the arguments of counsel, the court will permit the

15   evidence of the elbow fracture to be submitted to the jury, in view of the inference of

16   recency of the fracture reflected in Dr. Bourgon's finding of an effusion and plaintiff's own

17   testimony.  Accordingly, defendants' Rule 50 motion with respect to the cheek fracture is

18   GRANTED, but is DENIED with respect to the elbow fracture.  An instruction explaining that

19   the cheek fracture cannot be the basis of any finding of excessive force, shall be prepared

20   by defense counsel.

21         **IT IS SO ORDERED.**

22   Dated: September 14, 2010

23                                              _____
                                                PHYLLIS J. HAMILTON
24                                              United States District Judge

25

26

27

28