UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN MEAS,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 08-4075 PJH

**ORDER**

Defendants' motion for attorney's fees and non-statutory costs came on for hearing before this court on November 10, 2010. Plaintiff appeared by his counsel Ben Nisenbaum, and defendants appeared by their counsel Peter Keith. Having read the parties' papers and carefully considered their arguments, the court hereby DENIES the motion for the reasons stated at the hearing.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge